IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Harper, Eric J | Case Number: 07 B 20929 |
|---|---|---|
|  | Harper, Cassidy A | Judge: Goldgar, A. Benjamin |
|  | Printed: 11/25/08 | Filed: 11/8/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: September 23, 2008
Confirmed: April 29, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,732.96 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 3,392.00 |
| Trustee Fee: |  | 236.09 |
| Other Funds: |  | 104.87 |
| Totals: | 3,732.96 | 3,732.96 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,392.00 | 3,392.00 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | Housing & Urban Development | Secured | 0.00 | 0.00 |
| 4. | Countrywide Home Loans Inc. | Secured | 14,315.39 | 0.00 |
| 5. | Internal Revenue Service | Priority | 5,087.32 | 0.00 |
| 6. | Illinois Student Assistance Commission | Unsecured | 334.96 | 0.00 |
| 7. | RoundUp Funding LLC | Unsecured | 1,324.19 | 0.00 |
| 8. | RMI/MCSI | Unsecured | 15.00 | 0.00 |
| 9. | Jefferson Capital Systems LLC | Unsecured | 78.23 | 0.00 |
| 10. | Premier Bankcard | Unsecured | 52.71 | 0.00 |
| 11. | Jefferson Capital Systems LLC | Unsecured | 41.47 | 0.00 |
| 12. | Premier Bankcard | Unsecured | 49.25 | 0.00 |
| 13. | Resurgent Capital Services | Unsecured | 77.88 | 0.00 |
| 14. | B-Real LLC | Unsecured | 7.90 | 0.00 |
| 15. | Internal Revenue Service | Unsecured | 723.32 | 0.00 |
| 16. | RoundUp Funding LLC | Unsecured | 93.39 | 0.00 |
| 17. | ECast Settlement Corp | Unsecured | 118.10 | 0.00 |
| 18. | LHR Inc | Unsecured | 150.47 | 0.00 |
| 19. | Citibank | Unsecured | 76.01 | 0.00 |
| 20. | United States Dept Of Education | Unsecured | 5,583.84 | 0.00 |
| 21. | Capital Management | Unsecured |  | No Claim Filed |
| 22. | Benedictine College | Unsecured |  | No Claim Filed |
| 23. | Arrow Financial Services | Unsecured |  | No Claim Filed |
| 24. | Alliance One | Unsecured |  | No Claim Filed |
| 25. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 26. | Credit Acceptance Corp | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Harper, Eric J | Case Number: 07 B 20929 |
|---|---|---|
| | Harper, Cassidy A | Judge: Goldgar, A. Benjamin |
| | Printed: 11/25/08 | Filed: 11/8/07 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Credit Protection Association | Unsecured | | No Claim Filed |
| 28. | Capital Recovery Systems | Unsecured | | No Claim Filed |
| 29. | Credit Protection Association | Unsecured | | No Claim Filed |
| 30. | Credit Protection Association | Unsecured | | No Claim Filed |
| 31. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 32. | Barclays Bank of Delaware | Unsecured | | No Claim Filed |
| 33. | First Premier | Unsecured | | No Claim Filed |
| 34. | Harris & Harris | Unsecured | | No Claim Filed |
| 35. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 36. | Harris & Harris | Unsecured | | No Claim Filed |
| 37. | Harris & Harris | Unsecured | | No Claim Filed |
| 38. | DMS Marketing | Unsecured | | No Claim Filed |
| 39. | Hinkley Springs | Unsecured | | No Claim Filed |
| 40. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 41. | I C Systems Inc | Unsecured | | No Claim Filed |
| 42. | JJ Marshall & Assoc | Unsecured | | No Claim Filed |
| 43. | Linebarger Goggan Blair & Simpson | Unsecured | | No Claim Filed |
| 44. | KCA Financial Services | Unsecured | | No Claim Filed |
| 45. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 46. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| 47. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 48. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 49. | Penn Credit Corp | Unsecured | | No Claim Filed |
| 50. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| 51. | Regional Adjustment Bureau Inc | Unsecured | | No Claim Filed |
| 52. | NES/SLC | Unsecured | | No Claim Filed |
| 53. | Nicor Gas | Unsecured | | No Claim Filed |
| 54. | Masseys | Unsecured | | No Claim Filed |
| 55. | Cingular Wireless | Unsecured | | No Claim Filed |
| 56. | Michael D Bovis DDS | Unsecured | | No Claim Filed |
| | | | $ 31,521.43 | $ 3,392.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 218.72 |
| 6.6% | 17.37 |
| | $ 236.09 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Harper, Eric J<br>Harper, Cassidy A<br>Printed: 11/25/08 | Case Number:  07 B 20929<br>Judge:  Goldgar, A. Benjamin<br>Filed:  11/8/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                        Marilyn O. Marshall, Trustee, by:

